UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

Emanuel Neto & Catherine Padinha-Neto,

Debtors.

Case No.:     19-11380-VFP

Chapter:      13

Hearing Date: 6/18/2020

Judge:        Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay (Docket # 53)

_____

Date: 6/16/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*