UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51717
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ally Financial

Order Filed on October 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EMANUEL H. NETO
CATHERINE V. PADINHA-NETO

Case No.: 19-11380

Adv. No.:

Hearing Date: 10-1-20

Judge: VFP

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 23, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Emanuel and Catherine Neto**
**19-11380(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for Ally Financial, with the appearance of James Fitzpatrick, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney and the non-filing co-debtor, Catherine Padinha-Neto under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ally Financial is the holder of a first purchase money security interest encumbering a 2014 Mitsubishi Lancer bearing vehicle identification number JA32WEFV6EU016212 (hereinafter the "vehicle").

2. **Curing Arrears:** Through and including the 9-1-20 payment, the debtor was $11,427.35 in arrears to Ally post-petition. The debtor shall cure those arrears through the plan and shall file a modified plan to do so within 15 days from the entry of this order. If the debtor fails to file the modified plan within that time period, Ally shall receive stay relief and co-debtor stay relief as to the non-filing co-debtor, Catherine Padinha-Nato to repossess and sell the vehicle by filing a certification of such failure with the Court and serving it upon the debtor, his attorney, and the non-filing co-debtor.

3. Commencing with the 10-1-20 monthly payment, the debtor shall make all retail installment contract payments to Ally Financial when due, being the 1st day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ally Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor, Cahterine Padinha-Neto.

4. Commencing with the 10-1-20 trustee payment, the debtor shall make all trustee payments within the month they fall due. If the debtor fails to make any trustee payment within the month it falls due, Ally Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor, Cahterine Padinha-Neto.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Ally Financial shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, his attorney and the non-filing co-debtor.

6. The debtor shall pay to Ally Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11380-VFP |
| Emanuel H. Neto | Chapter 13 |
| Catherine V. Padinha-Neto | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Emanuel H. Neto, Catherine V. Padinha-Neto, 367 Nottingham Way, Union, NJ 07083-7932 |
| aty | + Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Catherine V. Padinha-Neto, 367 Nottingham Way, Union, NJ 07083-7932 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 25, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Westlake Financial Services jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 2 |

    magecf@magtrustee.com

Nicholas Fitzgerald
    on behalf of Joint Debtor Catherine V. Padinha-Neto Fitz2Law@gmail.com

Nicholas Fitzgerald
    on behalf of Debtor Emanuel H. Neto Fitz2Law@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 9