UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1 (b)**
Fitzgerald & Associates, P.C.
By: Nicholas Fitzgerald
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
nickfitz.law@gmail.com
Counsel for Debtors

**Order Filed on October 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Emanuel H. Neto & Catherine V. Padinha-Neto

Debtors

Case No.:    19-11380-VFP

Chapter:    13

Judge:    V. F. Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: October 26, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

2

The applicant having certified that legal work supplemental to basic chapter 13 services has been render ed, and no objections having been raised, it is:

ORDERED that      Nicholas Fitzgeald of Fitzgerald & Assoc. P.C., the applicant, is allowed a fee of   $      1,381.50       for services rendered and expenses in the amount of $ ZERO         for a total of $1,381.50. T he allowance is payable:

   [X] through the Chapter 13 plan as an administrative priority.

   [ ] outside the plan.

The debtor's monthly plan is modified to require a payment of $1,348.00 per month for final 40 months to allow for payment of the above fee.

*rev.8/l/15*