UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

EMANUEL H. NETO
CATHERINE V. PADINHA-NETO
DEBTORS

Case No.: 19-11380

Chapter: 13

Judge: Papalia, Vincent F.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

Old address:    Specialized Loan Servicing LLC
                8742 Lucent Blvd, Suite 300
                Highlands Ranch, CO 80129

New address:    Specialized Loan Servicing LLC
                6200 S. Quebec Street
                Greenwood Village, CO 80111

New phone no.: n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  10/27/2020                           /s/ Natalie Lea as Authorized Agent for Creditor
                                            Signature

*rev.2/1/16*

5123-N-1172