Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 19−11380−VFP
                                      Chapter: 13
                                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emanuel H. Neto                                               Catherine V. Padinha−Neto
   367 Nottingham Way                              367 Nottingham Way
   Union, NJ 07083                                             Union, NJ 07083

Social Security No.:
   xxx−xx−9102                                                   xxx−xx−7209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/21/21 at 10:00 AM

to consider and act upon the following:

**77** − Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 62 Motion for Relief from Stay re: 2014 Mitsubishi Lancer Evolution. Fee Amount $ 181. filed by Creditor Ally Financial) filed by Rebecca Ann Solarz on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 12/29/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Solarz, Rebecca)

**78** − Certification in Opposition to (related document:77 Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 62 Motion for Relief from Stay re: 2014 Mitsubishi Lancer Evolution. Fee Amount $ 181. filed by Creditor Ally Financial) filed by Rebecca Ann Solarz on behalf of SPECIALIZED LOAN SERVICING, LLC. Objection deadline is 12/29/2020. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor SPECIALIZED LOAN SERVICING, LLC) filed by Nicholas Fitzgerald on behalf of Emanuel H. Neto, Catherine V. Padinha−Neto. (Fitzgerald, Nicholas)

Dated: 12/29/20

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court