FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re: EMANUEL H. NETO  
CATHERINE V. PADINHA-NETO  
367 NOTTINGHAM WAY  
UNION,  NJ  07083

Atty: FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-11380

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $90,040.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/25/2019 | $812.00 | 5646027000 | 04/01/2019 | $812.00 | 5739441000 |
| 04/25/2019 | $812.00 | 5807015000 | 06/03/2019 | $812.00 | 5907353000 |
| 07/16/2019 | $963.00 | 6021053000 | 08/09/2019 | $963.00 | 6085050000 |
| 09/16/2019 | $963.00 | 6178299000 | 10/25/2019 | $963.00 | 6275854000 |
| 11/29/2019 | $963.00 | 6362932000 | 01/03/2020 | $963.00 | 6452738000 |
| 01/30/2020 | $972.00 | 6518790000 | 02/27/2020 | $972.00 | 6591573000 |
| 03/26/2020 | $972.00 | 6663933000 | 04/24/2020 | $1,310.00 | 6737421000 |
| 06/01/2020 | $1,310.00 | 6829531000 | 07/01/2020 | $1,310.00 | 6904022000 |
| 08/31/2020 | $1,310.00 | 7048627000 | 10/02/2020 | $1,310.00 | 7131203000 |
| 11/02/2020 | $1,348.00 | 7201930000 | 11/30/2020 | $1,348.00 | 7266717000 |

**Total Receipts: $21,188.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,188.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | |
| | 09/16/2019 | $94.91 | 833,159 | 10/21/2019 | $243.55 | 835,158 |
| | 11/16/2020 | $531.00 | 859,564 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 12/16/2019 | $912.92 | 8,001,362 | 01/13/2020 | $486.42 | 8,001,404 |
| | 02/10/2020 | $912.92 | 8,001,441 | 03/16/2020 | $921.46 | 8,001,481 |
| | 04/20/2020 | $921.46 | 8,001,529 | 05/18/2020 | $921.46 | 8,001,590 |
| | 06/15/2020 | $1,179.00 | 8,001,647 | 07/20/2020 | $1,211.75 | 8,001,710 |
| | 10/19/2020 | $1,042.00 | 8,001,890 | 11/16/2020 | $680.75 | 8,001,946 |
| | 12/21/2020 | $1,246.90 | 8,002,005 | 01/11/2021 | $1,246.90 | 8,002,061 |
| Wells Fargo Bank, N.A | | | | | | |
| | 09/16/2019 | $207.84 | 834,387 | 10/21/2019 | $533.36 | 836,493 |
| WESTLAKE FINANCIAL SERVICES | | | | | | |
| | 09/16/2019 | $66.89 | 834,408 | 09/16/2019 | $306.00 | 834,408 |
| | 10/21/2019 | $171.66 | 836,517 | | | |

**Chapter 13 Case # 19-11380**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,290.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,058.00 | 100.00% | 6,058.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 16,026.02 | * | 0.00 | |
| 0003 | AT&T MOBILITY II LLC | UNSECURED | 1,959.63 | * | 0.00 | |
| 0004 | ALLY FINANCIAL | VEHICLE SECURE | 1,981.00 | 100.00% | 338.46 | |
| 0006 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BCA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,528.04 | * | 0.00 | |
| 0012 | CAVALRY SPV I LLC | UNSECURED | 1,748.01 | * | 0.00 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CITIBANK NA | UNSECURED | 855.52 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,698.38 | * | 0.00 | |
| 0019 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LAB CORP OF AMERICA HOLDINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,862.95 | * | 0.00 | |
| 0026 | NCSPLUS INCORPORATED | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 874.77 | * | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 4,812.17 | * | 0.00 | |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 802.33 | * | 0.00 | |
| 0033 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,902.72 | * | 0.00 | |
| 0035 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 4,338.32 | 100.00% | 741.20 | |
| 0036 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 1,396.25 | 100.00% | 238.55 | |
| 0039 | MIDLAND FUNDING LLC | UNSECURED | 2,034.11 | * | 0.00 | |
| 0040 | MIDLAND FUNDING LLC | UNSECURED | 1,693.63 | * | 0.00 | |
| 0041 | MIDLAND FUNDING LLC | UNSECURED | 1,203.03 | * | 0.00 | |
| 0042 | MIDLAND FUNDING LLC | UNSECURED | 520.74 | * | 0.00 | |
| 0043 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | 1ST FINANCIAL BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,174.36 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,842.36 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,662.13 | * | 0.00 | |
| 0048 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | DEPT OF ED/MOHELA | UNSECURED | 40,151.98 | * | 0.00 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 526.13 | * | 0.00 | |
| 0059 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 6.14 | * | 0.00 | |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 449.19 | * | 0.00 | |
| 0061 | SYNCHRONY BANK | UNSECURED | 1,954.30 | * | 0.00 | |
| 0062 | WESTLAKE FINANCIAL SERVICES | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |
| 0063 | UNITED STATES TREASURY/IRS | PRIORITY | 11,923.83 | 100.00% | 11,683.94 | |
| 0064 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 531.00 | 100.00% | 0.00 | |
| 0065 | ALLY FINANCIAL | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0066 | ALLY FINANCIAL | (NEW) Auto Agree | 11,427.35 | 100.00% | 0.00 | |

**Total Paid: $21,188.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $21,188.00    -    Paid to Claims: $13,839.15    -    Admin Costs Paid: $7,348.85    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.