UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

| | |
|---|---|
| In Re: | Case No.: _____19-11380VFP_____ |
| Enrique Neto & Catherine Padinha-Neto, | Chapter: _____13_____ |
| Debtor. | Hearing Date: _____1/21/2021_____ |
| | Judge: _____Papalia_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: <u>Secured Creditor's Certification of Default (Docket # 77)</u>

_____

Date: _1/19/2021_____          /s/ Denise Carlon_____
                                       Signature

*rev.8/1/15*