| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>EMANUEL H. NETO<br>CATHERINE V. PADINHA-NETO | Case No.: 19-11380<br><br>Adv. No.:<br><br>Hearing Date: 03/18/2021<br><br>Judge: VFP |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 02/08/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
EMANUEL H. NETO
CATHERINE V. PADINHA-NETO
367 NOTTINGHAM WAY
UNION, NJ  07083
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306
Mode of Service:  Regular Mail

---

Dated:  February 08, 2021

By:   /S/  Jackie Michaels
           Jackie Michaels