Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−11380−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emanuel H. Neto
367 Nottingham Way
Union, NJ 07083

Catherine V. Padinha−Neto
367 Nottingham Way
Union, NJ 07083

Social Security No.:
xxx−xx−9102                                                    xxx−xx−7209

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       6/17/21
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Nicholas Fitzgerald, Debtor's Attorney,
period: 9/4/2020 to 5/19/2021

COMMISSION OR FEES
$2476.00

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 20, 2021
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-11380-VFP
Emanuel H. Neto  Chapter 13
Catherine V. Padinha-Neto
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: May 20, 2021      Form ID: 137      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emanuel H. Neto, Catherine V. Padinha-Neto, 367 Nottingham Way, Union, NJ 07083-7932 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| 518038549 | + | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517982555 | | AT& T Mobility, Po Box 537104, Dillard, GA 30537-1040 |
| 517982553 | + | Apothaker Scian PC, 520 Fellowship Road Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 517982556 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517982557 | + | Bca Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517982558 | + | Berkely College, 430 Rahway Ave, Woodbridge, NJ 07095-3305 |
| 517982570 | + | EZ Pass, 375 McCarter Highway, Newark, NJ 07114-2563 |
| 517982569 | | EZ Pass, Po Box 52003, Newark, NJ 07101-8203 |
| 517982571 | + | HSBC, PO Box 2013, Buffalo, NY 14240-2013 |
| 517982572 | + | Hsbc Bank Nevada N.A., 7575 Norman Rockwell Lane, Ste 110, Las Vegas, NV 89143-6015 |
| 517982573 | + | Lab Corp Of America Holdings, Po Box 2240, Burlington, NC 27216-2240 |
| 517987720 | + | MOHELA, Attn: Ascendium Education Solutions, PO Box 8961, Madison, WI 53708-8961 |
| 517982575 | + | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 517982577 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518585336 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517982581 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 517995461 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 517982583 | + | Walt Disney World Co, 114 5th Ave #13, New York, NY 10011-5690 |
| 518147000 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517982584 | + | Wells Fargo Home Mortgage, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517982551 | + | Email/Text: bankruptcynotice@1fbusa.com | May 20 2021 21:24:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 517982554 | + | Email/Text: g20956@att.com | May 20 2021 21:25:00 | AT& T Mobility, Po Box 6463, Carol Stream, IL 60197-6463 |
| 518130174 | + | Email/Text: g20956@att.com | May 20 2021 21:25:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517982552 | + | Email/Text: ally@ebn.phinsolutions.com | May 20 2021 21:22:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |

Case 19-11380-VFP    Doc 91    Filed 05/22/21    Entered 05/23/21 00:16:12    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 518041450 | | Email/Text: ally@ebn.phinsolutions.com | May 20 2021 21:22:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 518134953 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2021 21:46:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518021846 | + | Email/PDF: rmscedi@recoverycorp.com | May 20 2021 21:46:38 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517982559 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 20 2021 21:45:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518007402 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 20 2021 21:46:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517982561 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 20 2021 21:45:34 | Capital One Bank USA NA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517982560 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 20 2021 21:46:34 | Capital One Bank USA NA, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 517982562 | + | Email/Text: bankruptcy@cavps.com | May 20 2021 21:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 518064816 | + | Email/Text: bankruptcy@cavps.com | May 20 2021 21:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517982566 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:45:40 | Citibank, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 517982564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:46:41 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517982565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:45:43 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 518158016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:45:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517982567 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:46:45 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517982568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2021 21:24:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517982582 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2021 21:44:43 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518157701 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2021 21:24:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518568384 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 20 2021 21:23:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517982563 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 20 2021 21:46:32 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518028221 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517982574 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2021 21:24:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 517982576 | + | Email/Text: cedwards@ncsplus.com | May 20 2021 21:23:00 | NCSPlus Incorporated, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 518066281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2021 21:44:39 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

Case 19-11380-VFP    Doc 91    Filed 05/22/21    Entered 05/23/21 00:16:12    Desc Imaged
                                Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 137 | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518158834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2021 21:44:39 | | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518066277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2021 21:46:37 | | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518068957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 20 2021 21:46:37 | | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518154457 | + | Email/Text: bncmail@w-legal.com May 20 2021 21:24:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518149630 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 21:46:31 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517982578 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 21:46:30 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517983666 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 21:45:31 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517982579 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 21:46:31 | | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517982580 | + | Email/PDF: gecsedi@recoverycorp.com May 20 2021 21:45:31 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518136768 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2021 21:44:46 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517982585 | + | Email/Text: bankruptcynotice@westlakefinancial.com May 20 2021 21:24:00 | | Westlake Financial Services, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518050164 | + | Email/Text: bankruptcynotice@westlakefinancial.com May 20 2021 21:24:00 | | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518038552 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038553 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038554 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038555 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038556 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038557 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038558 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038559 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038561 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038562 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038563 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038564 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038565 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038566 | *+ | 1St Financial Bank Usa, Jetfferson Capital Systems LLC Asignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038567 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038568 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038569 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038570 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 20, 2021 | Form ID: 137 | Total Noticed: 63 |

| | | |
|---|---|---|
| 518038571 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038572 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038573 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038574 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518038550 | *+ | 1St Financial Bank Usa, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518066302 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518585337 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Westlake Financial Services jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Catherine V. Padinha-Neto fitz2law@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Emanuel H. Neto fitz2law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 10