FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   EMANUEL H. NETO                              Atty:   FITZGERALD & ASSOCIATES PC
      CATHERINE V. PADINHA-NETO                            649 NEWARK AVE
      367 NOTTINGHAM WAY                                   JERSEY CITY, NJ  07306
      UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 19-11380

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $92,778.00**

## RECEIPTS AS OF 01/14/2022         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/25/2019 | $812.00 | 5646027000 | 04/01/2019 | $812.00 | 5739441000 |
| 04/25/2019 | $812.00 | 5807015000 | 06/03/2019 | $812.00 | 5907353000 |
| 07/16/2019 | $963.00 | 6021053000 | 08/09/2019 | $963.00 | 6085050000 |
| 09/16/2019 | $963.00 | 6178299000 | 10/25/2019 | $963.00 | 6275854000 |
| 11/29/2019 | $963.00 | 6362932000 | 01/03/2020 | $963.00 | 6452738000 |
| 01/30/2020 | $972.00 | 6518790000 | 02/27/2020 | $972.00 | 6591573000 |
| 03/26/2020 | $972.00 | 6663933000 | 04/24/2020 | $1,310.00 | 6737421000 |
| 06/01/2020 | $1,310.00 | 6829531000 | 07/01/2020 | $1,310.00 | 6904022000 |
| 08/31/2020 | $1,310.00 | 7048627000 | 10/02/2020 | $1,310.00 | 7131203000 |
| 11/02/2020 | $1,348.00 | 7201930000 | 11/30/2020 | $1,348.00 | 7266717000 |
| 02/10/2021 | $1,800.00 | 7446025000 | 03/15/2021 | $1,800.00 | 7524982000 |
| 03/31/2021 | $1,800.00 | 7564248000 | 04/02/2021 | $1,800.00 | 7573466000 |
| 04/16/2021 | $1,800.00 | 7604869000 | 05/24/2021 | $1,814.00 | 7690232000 |
| 07/01/2021 | $1,814.00 | 7780548000 | 07/29/2021 | $1,902.00 | 7841421000 |
| 09/28/2021 | $1,902.00 | 7975153000 | 10/25/2021 | $1,902.00 | 8034685000 |
| 11/01/2021 | $1,902.00 | 8045865000 | 11/29/2021 | $1,902.00 | 8103830000 |

**Total Receipts: $43,326.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $43,326.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022         (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | |
| | 09/16/2019 | $94.91 | 833,159 | 10/21/2019 | $243.55 | 835,158 |
| | 11/16/2020 | $531.00 | 859,564 | 03/15/2021 | $125.14 | 866,719 |
| | 03/15/2021 | $870.60 | 866,719 | 04/19/2021 | $146.20 | 868,376 |
| | 04/19/2021 | $1,017.15 | 868,376 | 05/17/2021 | $438.61 | 870,290 |
| | 05/17/2021 | $3,051.46 | 870,290 | 08/16/2021 | $82.04 | 875,579 |
| | 08/16/2021 | $570.78 | 875,579 | 09/20/2021 | $156.99 | 877,305 |

**Chapter 13 Case # 19-11380**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/20/2021 | $1,092.22 | 877,305 | | 11/17/2021 | $156.99 | 880,795 |
| | 11/17/2021 | $1,092.22 | 880,795 | | 12/13/2021 | $317.33 | 882,430 |
| | 12/13/2021 | $2,207.67 | 882,430 | | 01/10/2022 | $90.61 | 884,085 |
| | 01/10/2022 | $630.39 | 884,085 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 03/15/2021 | $274.05 | 866,673 | | 03/15/2021 | $67.12 | 866,673 |
| | 04/19/2021 | $320.18 | 868,321 | | 04/19/2021 | $78.42 | 868,321 |
| | 05/17/2021 | $235.25 | 870,234 | | 05/17/2021 | $960.54 | 870,234 |
| | 08/16/2021 | $179.67 | 875,515 | | 08/16/2021 | $44.00 | 875,515 |
| | 09/20/2021 | $84.21 | 877,238 | | 09/20/2021 | $343.81 | 877,238 |
| | 11/17/2021 | $343.81 | 880,721 | | 11/17/2021 | $84.21 | 880,721 |
| | 12/13/2021 | $170.20 | 882,351 | | 12/13/2021 | $694.94 | 882,351 |
| | 01/10/2022 | $48.60 | 884,010 | | 01/10/2022 | $198.43 | 884,010 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 12/16/2019 | $912.92 | 8,001,362 | | 01/13/2020 | $486.42 | 8,001,404 |
| | 02/10/2020 | $912.92 | 8,001,441 | | 03/16/2020 | $921.46 | 8,001,481 |
| | 04/20/2020 | $921.46 | 8,001,529 | | 05/18/2020 | $921.46 | 8,001,590 |
| | 06/15/2020 | $1,179.00 | 8,001,647 | | 07/20/2020 | $1,211.75 | 8,001,710 |
| | 10/19/2020 | $1,042.00 | 8,001,890 | | 11/16/2020 | $680.75 | 8,001,946 |
| | 12/21/2020 | $1,246.90 | 8,002,005 | | 01/11/2021 | $1,246.90 | 8,002,061 |
| | 03/15/2021 | $239.89 | 8,002,170 | | | | |
| Wells Fargo Bank, N.A | | | | | | | |
| | 09/16/2019 | $207.84 | 834,387 | | 10/21/2019 | $533.36 | 836,493 |
| WESTLAKE FINANCIAL SERVICES | | | | | | | |
| | 09/16/2019 | $66.89 | 834,408 | | 09/16/2019 | $306.00 | 834,408 |
| | 10/21/2019 | $171.66 | 836,517 | | 03/15/2021 | $88.20 | 867,685 |
| | 04/19/2021 | $103.05 | 869,608 | | 05/17/2021 | $309.14 | 871,395 |
| | 08/16/2021 | $57.83 | 876,669 | | 09/20/2021 | $110.65 | 878,468 |
| | 11/17/2021 | $110.65 | 881,856 | | 12/13/2021 | $223.66 | 883,498 |
| | 01/10/2022 | $63.86 | 885,144 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,697.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,534.00 | 100.00% | 8,534.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 16,026.02 | * | 0.00 | |
| 0003 | AT&T MOBILITY II LLC | UNSECURED | 1,959.63 | * | 0.00 | |
| 0004 | ALLY FINANCIAL | VEHICLE SECURE | 1,981.00 | 100.00% | 1,852.37 | |
| 0006 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BCA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,528.04 | * | 0.00 | |
| 0012 | CAVALRY SPV I LLC | UNSECURED | 1,748.01 | * | 0.00 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CITIBANK NA | UNSECURED | 855.52 | * | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,698.38 | * | 0.00 | |
| 0019 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LAB CORP OF AMERICA HOLDINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,862.95 | * | 0.00 | |
| 0026 | NCSPLUS INCORPORATED | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 874.77 | * | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 4,812.17 | * | 0.00 | |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 802.33 | * | 0.00 | |
| 0033 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,902.72 | * | 0.00 | |

**Chapter 13 Case # 19-11380**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0035 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 4,338.32 | 100.00% | 4,056.63 | |
| 0036 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 1,396.25 | 100.00% | 1,305.59 | |
| 0039 | MIDLAND FUNDING LLC | UNSECURED | 2,034.11 | * | 0.00 | |
| 0040 | MIDLAND FUNDING LLC | UNSECURED | 1,693.63 | * | 0.00 | |
| 0041 | MIDLAND FUNDING LLC | UNSECURED | 1,203.03 | * | 0.00 | |
| 0042 | MIDLAND FUNDING LLC | UNSECURED | 520.74 | * | 0.00 | |
| 0043 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | 1ST FINANCIAL BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,174.36 | * | 0.00 | |
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,842.36 | * | 0.00 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,662.13 | * | 0.00 | |
| 0048 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | DEPT OF ED/MOHELA | UNSECURED | 40,151.98 | * | 0.00 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 526.13 | * | 0.00 | |
| 0059 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 6.14 | * | 0.00 | |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 449.19 | * | 0.00 | |
| 0061 | SYNCHRONY BANK | UNSECURED | 1,954.30 | * | 0.00 | |
| 0062 | WESTLAKE FINANCIAL SERVICES | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |
| 0063 | UNITED STATES TREASURY/IRS | PRIORITY | 11,923.83 | 100.00% | 11,923.83 | |
| 0064 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 881.00 | 100.00% | 812.01 | |
| 0065 | ALLY FINANCIAL | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0066 | ALLY FINANCIAL | (NEW) Auto Agreed | 11,427.35 | 100.00% | 10,532.49 | |

**Total Paid: $42,550.99**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $43,326.00    -    Paid to Claims: $31,319.92    -    Admin Costs Paid: $11,231.07  =   Funds on Hand: $775.01

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.