**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    EMANUEL H. NETO
    CATHERINE V. PADINHA-NETO,

                 Debtors

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Case No.:  19-11380 VFP**

### NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | DEPT OF ED/MOHELA |
| Trustee Claim #: | 57 |
| Court Claim #: | 1 |
| Claimed Amount: | $40,151.98 |
| Date Claim Filed: | 01/29/2019 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- ■ Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  April 06, 2022

By:  /S/  Marie-Ann Greenberg
       Chapter 13 Standing Trustee

EMANUEL H. NETO
CATHERINE V. PADINHA-NETO
367 NOTTINGHAM WAY
UNION, NJ    07083

FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ    07306

US DEPT OF EDUCATION/MOHELA
633 SPIRIT DR
CHESTERFIELD, MO    63005

DEPT OF ED/MOHELA
PO BOX 105347
ATLANTA, GA    30348