Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  19−11380−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Emanuel H. Neto | Catherine V. Padinha−Neto |
| 367 Nottingham Way | 367 Nottingham Way |
| Union, NJ 07083 | Union, NJ 07083 |

Social Security No.:
  xxx−xx−9102                                      xxx−xx−7209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/16/22 at 10:00 AM

to consider and act upon the following:

*112* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*114* − Certification in Opposition to (related document:112 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/1/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Emanuel H. Neto, Catherine V. Padinha−Neto. (Fitzgerald, Nicholas)

Dated: 5/24/22

                                                                      Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court