Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−11380−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emanuel H. Neto                          Catherine V. Padinha−Neto
367 Nottingham Way                       367 Nottingham Way
Union, NJ 07083                          Union, NJ 07083

Social Security No.:
xxx−xx−9102                              xxx−xx−7209

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/20/22 at 10:00 AM

to consider and act upon the following:

*117* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/5/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*119* − Certification in Opposition to (related document:117 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/5/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Nicholas Fitzgerald on behalf of Emanuel H. Neto, Catherine V. Padinha−Neto. (Fitzgerald, Nicholas)

Dated: 9/22/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court