FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  EMANUEL H. NETO  
CATHERINE V. PADINHA-NETO  
367 NOTTINGHAM WAY  
UNION,  NJ  07083

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023  
Chapter 13 Case # 19-11380

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $94,721.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/25/2019 | $812.00 | 5646027000 | 04/01/2019 | $812.00 | 5739441000 |
| 04/25/2019 | $812.00 | 5807015000 | 06/03/2019 | $812.00 | 5907353000 |
| 07/16/2019 | $963.00 | 6021053000 | 08/09/2019 | $963.00 | 6085050000 |
| 09/16/2019 | $963.00 | 6178299000 | 10/25/2019 | $963.00 | 6275854000 |
| 11/29/2019 | $963.00 | 6362932000 | 01/03/2020 | $963.00 | 6452738000 |
| 01/30/2020 | $972.00 | 6518790000 | 02/27/2020 | $972.00 | 6591573000 |
| 03/26/2020 | $972.00 | 6663933000 | 04/24/2020 | $1,310.00 | 6737421000 |
| 06/01/2020 | $1,310.00 | 6829531000 | 07/01/2020 | $1,310.00 | 6904022000 |
| 08/31/2020 | $1,310.00 | 7048627000 | 10/02/2020 | $1,310.00 | 7131203000 |
| 11/02/2020 | $1,348.00 | 7201930000 | 11/30/2020 | $1,348.00 | 7266717000 |
| 02/10/2021 | $1,800.00 | 7446025000 | 03/15/2021 | $1,800.00 | 7524982000 |
| 03/31/2021 | $1,800.00 | 7564248000 | 04/02/2021 | $1,800.00 | 7573466000 |
| 04/16/2021 | $1,800.00 | 7604869000 | 05/24/2021 | $1,814.00 | 7690232000 |
| 07/01/2021 | $1,814.00 | 7780548000 | 07/29/2021 | $1,902.00 | 7841421000 |
| 09/28/2021 | $1,902.00 | 7975153000 | 10/25/2021 | $1,902.00 | 8034685000 |
| 11/01/2021 | $1,902.00 | 8045865000 | 11/29/2021 | $1,902.00 | 8103830000 |
| 01/24/2022 | $1,902.00 | 8228556000 | 01/31/2022 | $1,902.00 | 8243023000 |
| 02/22/2022 | $1,902.00 | 8285331000 | 03/28/2022 | $1,939.00 | 8365666000 |
| 05/23/2022 | $1,939.00 | 8481515000 | 06/03/2022 | $1,939.00 | 8508949000 |
| 09/30/2022 | $1,939.00 | 8734805000 | 10/20/2022 | $1,939.00 | 8778741000 |
| 11/30/2022 | $1,939.00 | 8853472000 | 11/30/2022 | $1,942.00 | 8853484000 |
| 12/01/2022 | $1,939.00 | 8856748000 | | | |

**Total Receipts:  $64,547.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $64,547.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **ALLY FINANCIAL** | | | | | | | |
| | 09/16/2019 | $94.91 | 833,159 | | 10/21/2019 | $243.55 | 835,158 |
| | 11/16/2020 | $531.00 | 859,564 | | 03/15/2021 | $125.14 | 866,719 |
| | 03/15/2021 | $870.60 | 866,719 | | 04/19/2021 | $146.20 | 868,376 |
| | 04/19/2021 | $1,017.15 | 868,376 | | 05/17/2021 | $438.61 | 870,290 |
| | 05/17/2021 | $3,051.46 | 870,290 | | 08/16/2021 | $82.04 | 875,579 |
| | 08/16/2021 | $570.78 | 875,579 | | 09/20/2021 | $156.99 | 877,305 |
| | 09/20/2021 | $1,092.22 | 877,305 | | 11/17/2021 | $156.99 | 880,795 |
| | 11/17/2021 | $1,092.22 | 880,795 | | 12/13/2021 | $317.33 | 882,430 |
| | 12/13/2021 | $2,207.67 | 882,430 | | 01/10/2022 | $90.61 | 884,085 |
| | 01/10/2022 | $630.39 | 884,085 | | 03/14/2022 | $128.63 | 887,489 |
| | 03/14/2022 | $894.86 | 887,489 | | | | |
| **AT&T MOBILITY II LLC** | | | | | | | |
| | 03/14/2022 | $44.66 | 887,516 | | 04/18/2022 | $37.56 | 889,215 |
| | 05/16/2022 | $38.89 | 890,928 | | 07/18/2022 | $77.77 | 894,343 |
| | 11/14/2022 | $18.27 | 900,758 | | 12/12/2022 | $38.09 | 902,310 |
| | 01/09/2023 | $114.30 | 903,799 | | | | |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC** | | | | | | | |
| | 03/14/2022 | $18.29 | 887,073 | | 04/18/2022 | $15.37 | 888,728 |
| | 05/16/2022 | $15.92 | 890,493 | | 07/18/2022 | $31.85 | 893,911 |
| | 11/14/2022 | $7.48 | 900,320 | | 12/12/2022 | $15.59 | 901,903 |
| | 01/09/2023 | $46.80 | 903,395 | | | | |
| **CAPITAL ONE BANK (USA) NA** | | | | | | | |
| | 03/14/2022 | $57.62 | 887,572 | | 04/18/2022 | $48.44 | 889,282 |
| | 05/16/2022 | $50.17 | 890,984 | | 07/18/2022 | $100.34 | 894,394 |
| | 11/14/2022 | $23.57 | 900,808 | | 12/12/2022 | $49.13 | 902,364 |
| | 01/09/2023 | $147.46 | 903,846 | | | | |
| **CAVALRY SPV I LLC** | | | | | | | |
| | 03/14/2022 | $39.84 | 887,593 | | 04/18/2022 | $33.49 | 889,301 |
| | 05/16/2022 | $34.69 | 891,003 | | 07/18/2022 | $69.38 | 894,412 |
| | 11/14/2022 | $16.30 | 900,826 | | 12/12/2022 | $33.97 | 902,382 |
| | 01/09/2023 | $101.97 | 903,864 | | | | |
| **CITIBANK NA** | | | | | | | |
| | 03/14/2022 | $19.50 | 887,256 | | 04/18/2022 | $16.40 | 888,920 |
| | 05/16/2022 | $16.97 | 890,662 | | 07/18/2022 | $33.96 | 894,077 |
| | 11/14/2022 | $7.98 | 900,469 | | 12/12/2022 | $16.62 | 902,041 |
| | 01/09/2023 | $49.90 | 903,534 | | | | |
| **DEPARTMENT STORES NATIONAL BANK** | | | | | | | |
| | 03/14/2022 | $43.37 | 887,664 | | 04/18/2022 | $36.46 | 889,378 |
| | 05/16/2022 | $37.76 | 891,071 | | 07/18/2022 | $75.52 | 894,478 |
| | 11/14/2022 | $17.74 | 900,900 | | 12/12/2022 | $36.96 | 902,445 |
| | 01/09/2023 | $111.00 | 903,934 | | | | |
| **DEPT OF ED/MOHELA** | | | | | | | |
| | 03/14/2022 | $915.12 | 887,108 | | 04/13/2022 | ($915.12) | 887,108 |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 03/14/2022 | $365.26 | 8,002,740 | | 04/18/2022 | $307.11 | 8,002,791 |
| | 05/16/2022 | $318.03 | 8,002,838 | | 07/18/2022 | $636.07 | 8,002,949 |
| | 11/14/2022 | $149.42 | 8,003,147 | | 12/12/2022 | $311.45 | 8,003,203 |
| | 01/09/2023 | $934.81 | 8,003,256 | | | | |

**Chapter 13 Case # 19-11380**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | |
| | 03/14/2022 | $11.99 | 886,995 | 03/14/2022 | $46.36 | 886,995 |
| | 03/14/2022 | $38.60 | 886,995 | 03/14/2022 | $27.42 | 886,995 |
| | 03/14/2022 | $11.87 | 886,995 | 03/14/2022 | $65.25 | 886,995 |
| | 04/18/2022 | $10.09 | 888,649 | 04/18/2022 | $54.87 | 888,649 |
| | 04/18/2022 | $38.98 | 888,649 | 04/18/2022 | $32.45 | 888,649 |
| | 04/18/2022 | $23.05 | 888,649 | 04/18/2022 | $9.97 | 888,649 |
| | 05/16/2022 | $40.37 | 890,424 | 05/16/2022 | $33.61 | 890,424 |
| | 05/16/2022 | $23.88 | 890,424 | 05/16/2022 | $10.35 | 890,424 |
| | 05/16/2022 | $56.81 | 890,424 | 05/16/2022 | $10.43 | 890,424 |
| | 07/18/2022 | $113.63 | 893,843 | 07/18/2022 | $80.73 | 893,843 |
| | 07/18/2022 | $67.23 | 893,843 | 07/18/2022 | $47.74 | 893,843 |
| | 07/18/2022 | $20.66 | 893,843 | 07/18/2022 | $20.89 | 893,843 |
| | 11/14/2022 | $18.96 | 900,267 | 11/14/2022 | $15.78 | 900,267 |
| | 11/14/2022 | $11.22 | 900,267 | 11/14/2022 | $26.69 | 900,267 |
| | 12/12/2022 | $55.64 | 901,852 | 12/12/2022 | $39.54 | 901,852 |
| | 12/12/2022 | $32.92 | 901,852 | 12/12/2022 | $23.38 | 901,852 |
| | 12/12/2022 | $14.98 | 901,852 | 12/12/2022 | $15.13 | 901,852 |
| | 01/09/2023 | $118.64 | 903,348 | 01/09/2023 | $98.79 | 903,348 |
| | 01/09/2023 | $70.18 | 903,348 | 01/09/2023 | $30.37 | 903,348 |
| | 01/09/2023 | $167.00 | 903,348 | 01/09/2023 | $30.68 | 903,348 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/14/2022 | $26.77 | 8,002,741 | 03/14/2022 | $64.78 | 8,002,741 |
| | 03/14/2022 | $83.47 | 8,002,741 | 03/14/2022 | $19.94 | 8,002,741 |
| | 03/14/2022 | $84.29 | 8,002,741 | 04/18/2022 | $70.87 | 8,002,785 |
| | 04/18/2022 | $22.49 | 8,002,785 | 04/18/2022 | $54.48 | 8,002,785 |
| | 04/18/2022 | $70.18 | 8,002,785 | 04/18/2022 | $16.76 | 8,002,785 |
| | 05/16/2022 | $17.36 | 8,002,843 | 05/16/2022 | $73.40 | 8,002,843 |
| | 05/16/2022 | $23.32 | 8,002,843 | 05/16/2022 | $56.39 | 8,002,843 |
| | 05/16/2022 | $72.67 | 8,002,843 | 07/18/2022 | $46.61 | 8,002,950 |
| | 07/18/2022 | $112.82 | 8,002,950 | 07/18/2022 | $145.34 | 8,002,950 |
| | 07/18/2022 | $34.72 | 8,002,950 | 07/18/2022 | $146.78 | 8,002,950 |
| | 11/14/2022 | $8.16 | 8,003,148 | 11/14/2022 | $10.95 | 8,003,148 |
| | 11/14/2022 | $26.50 | 8,003,148 | 11/14/2022 | $34.16 | 8,003,148 |
| | 11/14/2022 | $34.49 | 8,003,148 | 12/12/2022 | $16.99 | 8,003,201 |
| | 12/12/2022 | $71.87 | 8,003,201 | 12/12/2022 | $22.81 | 8,003,201 |
| | 12/12/2022 | $55.24 | 8,003,201 | 12/12/2022 | $71.15 | 8,003,201 |
| | 01/09/2023 | $51.03 | 8,003,257 | 01/09/2023 | $68.51 | 8,003,257 |
| | 01/09/2023 | $165.80 | 8,003,257 | 01/09/2023 | $213.63 | 8,003,257 |
| | 01/09/2023 | $215.73 | 8,003,257 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 03/15/2021 | $274.05 | 866,673 | 03/15/2021 | $67.12 | 866,673 |
| | 04/19/2021 | $320.18 | 868,321 | 04/19/2021 | $78.42 | 868,321 |
| | 05/17/2021 | $235.25 | 870,234 | 05/17/2021 | $960.54 | 870,234 |
| | 08/16/2021 | $179.67 | 875,515 | 08/16/2021 | $44.00 | 875,515 |
| | 09/20/2021 | $84.21 | 877,238 | 09/20/2021 | $343.81 | 877,238 |
| | 11/17/2021 | $343.81 | 880,721 | 11/17/2021 | $84.21 | 880,721 |
| | 12/13/2021 | $170.20 | 882,351 | 12/13/2021 | $694.94 | 882,351 |
| | 01/10/2022 | $198.43 | 884,010 | 01/10/2022 | $48.60 | 884,010 |
| | 03/14/2022 | $68.99 | 887,404 | 03/14/2022 | $281.69 | 887,404 |
| SYNCHRONY BANK | | | | | | |
| | 03/14/2022 | $44.54 | 888,361 | 03/14/2022 | $109.68 | 888,360 |
| | 04/18/2022 | $92.22 | 890,130 | 04/18/2022 | $37.45 | 890,131 |
| | 05/16/2022 | $38.78 | 891,771 | 05/16/2022 | $95.49 | 891,770 |
| | 07/18/2022 | $191.00 | 895,149 | 07/18/2022 | $77.57 | 895,150 |
| | 11/14/2022 | $18.22 | 901,561 | 11/14/2022 | $44.87 | 901,560 |
| | 12/12/2022 | $93.51 | 903,092 | 12/12/2022 | $37.99 | 903,093 |
| | 01/09/2023 | $280.69 | 904,586 | 01/09/2023 | $113.99 | 904,587 |

**Chapter 13 Case # 19-11380**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 12/16/2019 | $912.92 | 8,001,362 | | 01/13/2020 | $486.42 | 8,001,404 |
| | 02/10/2020 | $912.92 | 8,001,441 | | 03/16/2020 | $921.46 | 8,001,481 |
| | 04/20/2020 | $921.46 | 8,001,529 | | 05/18/2020 | $921.46 | 8,001,590 |
| | 06/15/2020 | $1,179.00 | 8,001,647 | | 07/20/2020 | $1,211.75 | 8,001,710 |
| | 10/19/2020 | $1,042.00 | 8,001,890 | | 11/16/2020 | $680.75 | 8,001,946 |
| | 12/21/2020 | $1,246.90 | 8,002,005 | | 01/11/2021 | $1,246.90 | 8,002,061 |
| | 03/15/2021 | $239.89 | 8,002,170 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 03/14/2022 | $10.24 | 887,275 | | 04/18/2022 | $8.60 | 888,938 |
| | 05/16/2022 | $8.92 | 890,677 | | 07/18/2022 | $17.83 | 894,092 |
| | 12/12/2022 | $12.92 | 902,058 | | 01/09/2023 | $26.20 | 903,549 |
| Wells Fargo Bank, N.A | | | | | | | |
| | 09/16/2019 | $207.84 | 834,387 | | 10/21/2019 | $533.36 | 836,493 |
| WESTLAKE FINANCIAL SERVICES | | | | | | | |
| | 09/16/2019 | $66.89 | 834,408 | | 09/16/2019 | $306.00 | 834,408 |
| | 10/21/2019 | $171.66 | 836,517 | | 03/15/2021 | $88.20 | 867,685 |
| | 04/19/2021 | $103.05 | 869,608 | | 05/17/2021 | $309.14 | 871,395 |
| | 08/16/2021 | $57.83 | 876,669 | | 09/20/2021 | $110.65 | 878,468 |
| | 11/17/2021 | $110.65 | 881,856 | | 12/13/2021 | $223.66 | 883,498 |
| | 01/10/2022 | $63.86 | 885,144 | | 03/14/2022 | $90.66 | 888,544 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,680.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 10,301.00 | 100.00% | 10,301.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 16,026.02 | * | 3,022.15 | |
| 0003 | AT&T MOBILITY II LLC | UNSECURED | 1,959.63 | * | 369.54 | |
| 0004 | ALLY FINANCIAL | VEHICLE SECURE | 1,981.00 | 100.00% | 1,981.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | BCA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA) NA | UNSECURED | 2,528.04 | * | 476.73 | |
| 0012 | CAVALRY SPV I LLC | UNSECURED | 1,748.01 | * | 329.64 | |
| 0013 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CITIBANK NA | UNSECURED | 855.52 | * | 161.33 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,698.38 | * | 697.43 | |
| 0019 | EZ PASS | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LAB CORP OF AMERICA HOLDINGS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 2,862.95 | * | 539.89 | |
| 0026 | NCSPLUS INCORPORATED | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 874.77 | * | 164.96 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 4,812.17 | * | 907.46 | |
| 0030 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 802.33 | * | 151.30 | |
| 0033 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,902.72 | * | 358.81 | |
| 0035 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 4,338.32 | 100.00% | 4,338.32 | |
| 0036 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 1,396.25 | 100.00% | 1,396.25 | |
| 0039 | MIDLAND FUNDING LLC | UNSECURED | 2,034.11 | * | 383.58 | |
| 0040 | MIDLAND FUNDING LLC | UNSECURED | 1,693.63 | * | 319.38 | |
| 0041 | MIDLAND FUNDING LLC | UNSECURED | 1,203.03 | * | 226.87 | |
| 0042 | MIDLAND FUNDING LLC | UNSECURED | 520.74 | * | 98.20 | |
| 0043 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | 1ST FINANCIAL BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,174.36 | * | 221.46 | |

**Chapter 13 Case # 19-11380**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0046 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,842.36 | * | 536.01 | |
| 0047 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,662.13 | * | 690.60 | |
| 0048 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | MOHELA/DEBT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | DEPT OF ED/MOHELA | UNSECURED | 40,151.98 | * | 0.00 | |
| 0058 | MIDLAND FUNDING LLC | UNSECURED | 526.13 | * | 99.21 | |
| 0059 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 6.14 | * | 0.00 | |
| 0060 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 449.19 | * | 84.71 | |
| 0061 | SYNCHRONY BANK | UNSECURED | 1,954.30 | * | 368.54 | |
| 0062 | WESTLAKE FINANCIAL SERVICES | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |
| 0063 | UNITED STATES TREASURY/IRS | PRIORITY | 11,923.83 | 100.00% | 11,923.83 | |
| 0064 | SPECIALIZED LOAN SERVICING LLC | (NEW) MTG Agree | 881.00 | 100.00% | 881.00 | |
| 0065 | ALLY FINANCIAL | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0066 | ALLY FINANCIAL | (NEW) Auto Agree | 11,427.35 | 100.00% | 11,427.35 | |

**Total Paid: $56,974.09**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $64,547.00    -    Paid to Claims: $42,992.55    -    Admin Costs Paid: $13,981.54  =    Funds on Hand: $7,572.91

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.