| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>  EMANUEL H. NETO<br>  CATHERINE V. PADINHA-NETO |

Order Filed on December 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-11380 VFP

Hearing Date:  12/7/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 11, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): EMANUEL H. NETO
CATHERINE V. PADINHA-NETO

Case No.: 19-11380

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/07/2023 on notice to FITZGERALD & ASSOCIATES PC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $6,170.10 to the Trustee's office by 12/15/2023 to be current with Trustee payments through November or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.