

Certificate Number: 05781-NJ-DE-038389785

Bankruptcy Case Number: 19-11380



05781-NJ-DE-038389785

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2024, at 2:28 o'clock PM PDT, Emanuel Neto completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 17, 2024          By:    /s/Allison M Geving

                              Name:  Allison M Geving

                              Title: President



Certificate Number: 05781-NJ-DE-038389786

Bankruptcy Case Number: 19-11380



05781-NJ-DE-038389786

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2024, at 2:28 o'clock PM PDT, Catherine Padinha-Neto completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 17, 2024     By: /s/Allison M Geving

Name: Allison M Geving

Title: President