# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

EMANUEL H. NETO

CATHERINE V. PADINHA-NETO

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 10

**Case Number:** 19-11380

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only    [√] Payment only    [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/10/2024

/s/ Bhupesh Katheria

Creditor's Authorized Agent for Ally Financial

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In RE:

EMANUEL H. NETO
CATHERINE V. PADINHA-NETO

Debtor(s)

Chapter: 13

Case Number: 19-11380

## Certificate of Service

I certify that on 07/10/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
NICHOLAS FITZGERALD
NICKFITZ.LAW@GMAIL.COM

Trustee
MARIE-ANN GREENBERG

United States Trustee
US TRUSTEE

/s/ Bhupesh Katheria
Bhupesh Katheria
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com