Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
-----------------------------------
**Caption in Compliance with D. N.J. LBR 9004-1**
Nicholas Fitzgerald Esq./NF 6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtors

Order Filed on December 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
---------------------------------X
In Re:                              Case No: 19-11380-VFP
    Emanuel H. Neto


           &

    Catherine Padinha-Neto
                                            CHAPTER 13
                                    Hon. Vincent F. Papalia
                                         U.S.B.J.

        Debtors
---------------------------------X
```

**ORDER RE-OPENING THE DEBTORS' CHAPTER 13 CASE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 6, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtors: Emanuel H. Neto and Catherine Padinha-Neto
Case No. 19-11380-VFP
Caption: ORDER RE-OPENING THE DEBTORS' CHAPTER 13 CASE

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtors' counsel, upon the debtors' Motion for the re-opening of the debtors' Chapter 13 case; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtors' Chapter 13 case is hereby re-opened; and it is further

**ORDERED,** that the debtors' counsel has 14 days from the date of the entry of the within order to file a motion or motions in relation to vacating the order dismissing the debtors' Chapter 13 case and for a request for other relief such as for nunc pro tunc approval of the debtors' application for an ERMA loan and for the issuance of an order of discharge; and it is further

**ORDERED,** that if the debtors' counsel fails to file a further motion or motions within 14 days from the date of the entry of the within order, the case shall be re-closed.