Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
-----------------------------------

**Caption in Compliance with D. N.J. LBR 9004-1**
Nicholas Fitzgerald Esq./NF 6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
--------------------------------X
In Re:                              Case No: 19-11380-VFP
    Emanuel H. Neto


    &
    Catherine Padinha-Neto
                      CHAPTER 13
              Hon. Vincent F. Papalia
                  U.S.B.J.


    Debtors
--------------------------------X

Order Filed on December 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER RE-OPENING THE DEBTORS' CHAPTER 13 CASE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 6, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtors: Emanuel H. Neto and Catherine Padinha-Neto
Case No. 19-11380-VFP
Caption:  ORDER RE-OPENING THE DEBTORS' CHAPTER 13 CASE

-------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtors' counsel, upon the debtors' Motion for the re-opening of the debtors' Chapter 13 case; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtors' Chapter 13 case is hereby re-opened; and it is further

**ORDERED,** that the debtors' counsel has 14 days from the date of the entry of the within order to file a motion or motions in relation to vacating the order dismissing the debtors' Chapter 13 case and for a request for other relief such as for nunc pro tunc approval of the debtors' application for an ERMA loan and for the issuance of an order of discharge; and it is further

**ORDERED,** that if the debtors' counsel fails to file a further motion or motions within 14 days from the date of the entry of the within order, the case shall be re-closed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 19-11380-VFP
Emanuel H. Neto                                                                                    Chapter 13
Catherine V. Padinha-Neto
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                        Page 1 of 2
Date Rcvd: Dec 06, 2024                          Form ID: pdf903                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

**Recip ID           Recipient Name and Address**
db/jdb              + Emanuel H. Neto, Catherine V. Padinha-Neto, 367 Nottingham Way, Union, NJ 07083-7932
aty                 + Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024                           Signature:              /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

**Name**                              **Email Address**
Denise E. Carlon
                                              on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
                                              on behalf of Creditor Westlake Financial Services bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

John R. Morton, Jr.
                                              on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
                                              magecf@magtrustee.com

Marie-Ann Greenberg
                                              on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 06, 2024 | Form ID: pdf903 | Total Noticed: 2

| | |
|---|---|
| Nicholas Fitzgerald | on behalf of Joint Debtor Catherine V. Padinha-Neto fitz2law@gmail.com nadiafinancial@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Emanuel H. Neto fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 10