UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

Case No.: 19-11380
Chapter: 13

In Re:

    Emanuel H Neto
    and
    Catherine Padinha-Neto

Adv. No.:
Hearing Date: 01/16/2025
Judge: PAPALIA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald Esq.__, who represents __Emanuel Neto & Catherine Neto__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 20, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Motion to Vacate Dismissal of Chapter 13 Case and Assuming Vacation of the Dismissal of the Debtor's Chapter 13 Case, for an Order Compelling the Issuance of a Chapter 13 Disacharge and Notice of Motion for Nunc Pro Tunc Bankruptcy Court Authorization to Permit the Debtor's Application for Financial Assistance from the ERMA/HAF Program et al

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 20, 2024__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates LLC<br>Dept 922<br>PO Box 4115<br>Concord, CA 94524 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>    Attn: AYR<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |