| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-100
Email: NickFitz.Law@gmail.com

In Re:

    Emanuel H. Neto
    and
    Catherine Padinha-Neto

Case No.: 19-11380
Chapter: 13
Adv. No.:
Hearing Date:
Judge: PAPALIA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Emanuel Neto & Catherine Padinha__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 17, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NUNC PRO TUNC Order Authorizing the Debtor's Application for ERMA/HAF Assistance in Paying the Debtors' Back Mortgage Payments to be Evaluated and to be Considered by ERMA/HAF

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __January 17, 2025__      Signature: /s/

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emanuel H. Neto<br>Catherine V. Padinha-Neto<br>367 Nottingham Way<br>Union, NJ 07083 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Financial c/o AIS Portfolio Services, LLC<br>Payment Processing Center<br>P.O. Box 660618<br>Dallas, TX 75230 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U S Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emergency Rescue Mortgage Assistance (ERMA)<br>637 South Clinton Avenue<br>PO Box 18550<br>Trenton, NJ 08650-2085 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bureaus Investment Group Portfolio No 15 LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 1St Financial Bank Usa<br>Jefferson Capital Systems LLC<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 1st Financial Bank USA<br>PO Box 1050<br>N. Sioux City, SD 57049 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Mgmt LLC<br>    Attn: Valerie Smith<br>("R"Us Credit Card)<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Powers Kirn LLC<br>    Attn: William M. E. Powers III<br>PO Box 848<br>Moorestown, NJ 07057<br>Attorneys for Wells Fargo Bank | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Westlake Financial Services<br>Customer Care<br>PO Box 76809<br>Los Angeles, CA 90054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1 800 828 7763

Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

19-11380-VFP Emanuel H. Neto and Catherine V. Padinha-Neto

# Creditors

**1St Financial Bank Usa**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-

**1st Financial Bank USA**
Attn: Bankruptcy
Po Box 1200
North Sioux City, SD 57049

**Ally Financial**
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

**Ally Financial**
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Financial**
PO Box 130424
Roseville MN 55113-0004

**Apothaker Scian PC**
520 Fellowship Road Ste C306
PO Box 5496
Mount Laurel, NJ 08054

**Ashley Funding Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**AT& T Mobility**
Po Box 6463
Carol Stream, IL 60197

**AT& T Mobility**
Po Box 537104
Dillard, GA 30537-1040

**AT&T Mobility II LLC**
%AT&T SERVICES INC.
KAREN A. CAVAGNARO LEAD PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

**Bank Of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Bca Financial Services**
18001 Old Cutler Road
Suite 462
Miami, FL 33157

**Berkely College**
430 Rahway Ave
Woodbridge, NJ 07095

**Bureaus Investment Group Portfolio No 15 LLC**
PO Box 788
Kirkland, WA 98083-0788

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Capital One Bank USA NA**
PO Box 6492
Carol Stream, IL 60197-6494

**Capital One Bank USA NA**
4851 Cox Road
Glen Allen, VA 23060

**Cavalry Portfolio Services**
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595

**Cavalry SPV I, LLC**
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

**Chase Card Services**
Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63129

**Citibank**
Centralized Bk/Citicorp Credt Srvs
Po Box 790040
St Louis, MO 63179

**Citibank**
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

**Citibank, N.A.**
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

**Citibank/The Home Depot**
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

**Comenity Bank**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Department of Treasury**
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

**EZ Pass**
Po Box 52003
Newark, NJ 07101-8203

**EZ Pass**
375 McCarter Highway
Newark, NJ 07114

**HSBC**
PO Box 2013
Buffalo, NY 14240

**Hsbc Bank Nevada N.A.**
7575 Norman Rockwell Lane, Ste 110
Las Vegas, NV 89143

**Lab Corp Of America Holdings**
Po Box 2240
Burlington, NC 27216

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

**LVNV Funding LLC**
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587
LVNV Funding LLC
c/o Resurgent Capital Services

**Midland Funding**
2365 Northside Dr Ste 300
San Diego, CA 92108

**MIDLAND FUNDING LLC**
PO Box 2011
Warren, MI 48090

**MOHELA**
Attn: Ascendium Education Solutions
PO Box 8961
Madison, WI 53708

**MOHELA/Debt of Ed**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005

**NCSPlus Incorporated**
117 East 24th Street
5th Floor
New York, NY 10010

**Portfolio Recovery**
Po Box 41021
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
C/Ocapital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o Amazon.com
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
C/O capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
C/O capital One Bank (usa), N.a.
POB 41067
Norfolk VA 23541

**Portfolio Recovery Associates, LLC**
c/o The Home Depot Consumer
POB 41067
Norfolk VA 23541

**Specialized Loan Servicing LLC**
6200 S. Quebec Street
Greenwood Village, CO 80111

**Specialized Loan Servicing LLC**
6200 S. Quebec Street
Greenwood Village, CO 80111

**Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

**SYNCHRONY BANK**
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

**Synchrony Bank**
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Synchrony Bank/American Eagle**
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Care Credit**
Attn: Bankruptcy Dept
Po Box 965061
Orlando, FL 32896

**The Bureaus Inc**
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

**U S Department of Education/MOHELA**
633 Spirit Drive
Chesterfield, MO 63005

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Visa Dept Store National Bank/Macy's**
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

**Walt Disney World Co**
114 5th Ave #13
New York, NY 10011

**Wells Fargo Bank, N.A.**
Default Document Processing
MAC# N9286-01Y, 1000 Blue Gentian Road
Eagan, MN 55121-7700

**Wells Fargo Home Mortgage**
Attn: Bankruptcy
Po Box 10335
Des Moines, IA 50306

**Westlake Financial Services**
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

**Westlake Financial Services**
Customer Care
Po Box 76809
Los Angeles, CA 90054

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates LLC<br>Dept 922<br>PO Box 4115<br>Concord, CA 94524 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates LLC<br>Attn: AYR<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |